IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SCOTT ALLEN WALKER**                                                                                          **PLAINTIFF**

**V.**                             **CASE NO. 5:19-CV-5189**

**DETECTIVE ZACHARY WARE,**
**Siloam Springs Police Department; and**
**OFFICER JAMES L. COOLEY,**
**Siloam Springs Police Department**                                                                 **DEFENDANTS**

## JUDGMENT

For the reasons explained in the Order entered this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 3rd day of December, 2021.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE